FILED

08 FEB 20 PM 12: 17

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '08 CR 0445 W |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation; Title 18, U.S.C. Sec. 1544 - Misuse of Passport; Title 18 U.S.C., Sec. 2 - Aiding and Abetting (Felony) |
| JORGE RAMIREZ-CHAVEZ, | |
| Defendant. | |

The grand jury charges:

Count 1

On or about December 10, 2007, within the Southern District of California, defendant JORGE RAMIREZ-CHAVEZ, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that

CPH:fer:San Diego
2/15/08

was a substantial step toward committing the offense, all in violation
of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant JORGE RAMIREZ-CHAVEZ, was
removed from the United States subsequent to August 1, 2005.

Count 2

On or about December 10, 2007, within the Southern District of
California, defendant JORGE RAMIREZ-CHAVEZ, did willfully and
knowingly use a United States passport, issued and designed for use
of another in the following manner, to wit: defendant presented a
United States passport to a federal officer, claiming to be
Joe Rodriguez, a United States citizen, knowing full well that he was
not; in violation of Title 18, United States Code, Section 1544 and
Title 18, United States Code, Section 2, a felony.

DATED: February 20, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:

CAROLINE P. HAN
Assistant U.S. Attorney