FILED

08 FEB 20 PM 12:17

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ____/f____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08 CR 0445 W |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF RELATED CASE |
| JORGE RAMIREZ-CHAVEZ, | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Jorge Ramirez-Chavez</u>, Criminal Case No. 08CR0102-W.

DATED: February 20, 2008.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney