KAREN P. HEWITT
United States Attorney
AARON B. CLARK
Assistant U.S. Attorney
California State Bar No. 239764
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6787/(619) 235-2757 (Fax)
Email: aaron.clark@usdoj.gov
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JORGE RAMIREZ-CHAVEZ,<br><br>                    Defendant(s). | Criminal Case No. 08CR0445W<br><br>DATE:          April 7, 2008<br>TIME:          2:00 p.m.<br>Before Honorable Thomas J. Whelan<br><br>UNITED STATES' MOTIONS FOR:<br><br>(1)     RECIPROCAL DISCOVERY<br>(2)     FINGERPRINT EXEMPLARS; AND<br>(3)     LEAVE TO FILE FURTHER MOTIONS<br><br>TOGETHER WITH STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES |

          COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Aaron B. Clark, Assistant U.S. Attorney, and hereby files its Motions in the above-referenced case.  Said Motions are based upon the files and records of this case together with the attached statement of facts and memorandum of points and authorities.

1   DATED: March 24, 2008.

2                                    Respectfully submitted,

3                                    KAREN P. HEWITT
                                     United States Attorney
4

5                                    s/ Aaron B. Clark
                                     AARON B. CLARK
6                                    Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          2

1  KAREN P. HEWITT
   United States Attorney
2  AARON B. CLARK
   Assistant U.S. Attorney
3  California State Bar No. 239764
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6787/(619) 235-2757 (Fax)
   Email: aaron.clark@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10                              )    Criminal Case No. 08CR0445W
    UNITED STATES OF AMERICA,   )
11                              )    DATE:        April 7, 2008
                      Plaintiff, )   TIME:        2:00 p.m.
12                              )    Before Honorable Thomas J. Whelan
            v.                  )
13                              )
    JORGE RAMIREZ-CHAVEZ,       )    UNITED   STATES'   STATEMENT   OF
14                              )    FACTS   AND   MEMORANDUM   OF
                 Defendant(s).  )    POINTS AND AUTHORITIES
15   _____ )

16

17                            **I**

18              **STATEMENT OF THE CASE**

19          The Defendant, Jorge Ramirez-Chavez (hereinafter "Defendant"), was charged by a grand

20  jury on February 20, 2008 with violating Title 8 U.S.C. 1326(a) and (b), Attempted Entry after

21  Deportation, Title 18 U.S.C. 1544, Misuse of Passport, and Title 18 U.S.C. 2, Aiding and Abetting.

22  Defendant was arraigned on the Indictment on March 6, 2008, and entered a plea of not guilty.

23  //

24  //

25  //

26  //

27

28                              3

## II

## STATEMENT OF FACTS

### A.     IMMIGRATION HISTORY

Defendant is a Mexican citizen who was ordered deported after a hearing before an immigration judge on November 22, 1999.  Defendant's was also recently removed from the United States on April 7, 2007.

### B.     RAP SHEET SUMMARY CHART

| CONVICT DATE | COURT OF CONVICTION | CHARGE | TERM |
|---|---|---|---|
| 8/1/05 | USDC - SDCA | 1325 - Illegal Entry | 30 months |
| 2/9/04 | Riverside County Municipal Court | VC 40508, Failure to Appear: Written Promise | 24 months probation |
| 1/4/95 | San Diego County Superior Court | PC 12025(A) Carry Concealed Weapon in Veh. PC 12031 Carry Loaded Firearm HS 11360(A) Sell/Furnish Marijuana HS 11359 Possess Marijuana for Sale | 365 days jail |
| 10/30/98 | San Diego County Superior Court | Probation Violation | 2 years |

### C.     INSTANT OFFENSE

On December 10, 2007, at approximately 7:50 p.m., Maria Elena Rodriguez applied for admission into the United States from Mexico at the San Ysidro, California Port of Entry as the driver of a silver 1998 Honda Accord.  Three people were present with Rodriguez in the vehicle, including Defendant, who was in the backseat.  Maria Rodriguez then presented documents on behalf of herself and three passengers, including passport number 037829575 belonging to Joe Rodriguez.  Defendant then identified himself to the inspection officers as Joe Rodriguez, the owner of the passport.  A database query on the documents revealed that one of the passengers was

4

1    a name match in the Inter-Agency Border Inspection System (IBIS), so the vehicle was referred

2    to secondary inspection.

3        In secondary, officers noticed that Defendant did not appear to be the person depicted in

4    the passport he claimed ownership of.  When asked, however, Defendant maintained the passport

5    was his.  Fingerprint queries later revealed Defendant's true identity.  All four vehicle occupants

6    were subsequently placed under arrest and taken into custody.

7        Maria Rodriguez was subsequently advised of her <u>Miranda</u> rights, which she agreed to

8    waive.  She then stated to agents that she and her mother traveled to Tijuana, Mexico to meet

9    Defendant, her uncle.  She stated she knew Defendant did not have documents to enter the United

10   States legally and that she purposefully presented her father's passport on behalf of Defendant.

11   She stated her father was not aware his passport was being used to bring in Defendant.

12       Alicia Yolanda Rodriguez, a passenger in the vehicle, was also advised of her <u>Miranda</u>

13   rights, which she elected to waive.  She stated she took her husband's United States Passport from

14   her home without her husband's knowledge and provided the passport to Defendant, her brother,

15   to facilitate his re-entry into the United States.

16                                            **III**

17                      **MOTION FOR RECIPROCAL DISCOVERY**

18       The United States hereby moves for reciprocal discovery from Defendant.  To date

19   Defendant has not provided any.  The United States, pursuant to Rule 16 of the Federal Rules of

20   Criminal Procedure, requests that Defendant permit the United States to inspect, copy, and

21   photograph any and all books, papers, documents, photographs, tangible objects, or make copies

22   of portions thereof, which are within the possession, custody or control of Defendant and which

23   Defendant intends to introduce as evidence in his case-in-chief at trial.

24       The United States further requests that it be permitted to inspect and copy or photograph

25   any results or reports of physical or mental examinations and of scientific tests or experiments

26   made in connection with this case, which are in the possession or control of Defendant, which

27

28                                            5

1   Defendant intends to introduce as evidence-in-chief at the trial, or which were prepared by a

2   witness whom Defendant intends to call as a witness.  Because the United States will comply with

3   Defendants' requests for delivery of reports of examinations, the United States is entitled to the

4   items listed above under Rule 16(b)(1) of the Federal Rules of Criminal Procedure.  The

5   Government also requests a written summary of the names, anticipated testimony, and bases for

6   opinions of experts the defendant intends to call at trial under Rules 702, 703, and 705 of the

7   Federal Rules of Evidence.

8       The United States also requests that the Court make such order as it deems necessary under

9   Rules 16(d)(1) and (2) to ensure that the United States receives the discovery to which it is entitled.

10      In addition, Rule 26.2 of the Federal Rules of Criminal Procedure requires the production

11  of prior statements of all witnesses, except a statement made by defendant.  This rule thus provides

12  for the reciprocal production of Jencks statements.  The time frame established by the rule requires

13  the statement to be provided after the witness has testified.  To expedite trial proceedings, the

14  United States hereby requests that Defendant be ordered to supply all prior statements of defense

15  witnesses by a reasonable date before trial to be set by the Court.  Such an order should include

16  any form in which these statements are memorialized, including but not limited to, tape recordings,

17  handwritten or typed notes and/or reports.

18                                           **IV**

19                        **MOTION FOR FINGERPRINT EXEMPLARS**

20      As part of its burden of proof at trial, the Government must prove beyond a reasonable

21  doubt that Defendant is the same person who was previously deported from the United States.

22  Defendant's warrants of deportation and related documents bear fingerprints to verify his

23  identity.  In order to meet our burden of proof, the United States anticipates calling a certified

24  fingerprint examiner to obtain fingerprint exemplars from Defendant and compare those with

25  the fingerprints on the immigration documents.

26

27

28                                           6

1    Defendant has no privilege against providing fingerprint exemplars.  The Fifth

2  Amendment privilege is limited to communications or testimonial evidence.  Schmerber v.

3  California, 384 U.S. 757, 763-64 (1966).  The Government's use of identifying physical

4  characteristics, such as fingerprint exemplars, does not violate a defendant's Fifth Amendment

5  rights.  See, e.g.,  United States v. De Palma, 414 F.2d 394, 397 (9th Cir. 1969); Woods v.

6  United States, 397 F.2d 156 (9th Cir. 1968).  Compare United States v. Jackson, 886 F.2d 838,

7  845 n.8 (7th Cir. 1989) ("There is no doubt that requiring a defendant to give a handwriting

8  specimen does not violate his fifth amendment privilege against self-incrimination since the

9  privilege reaches only compulsion of a defendant's communication.").  Accordingly, the Court

10  should order that Defendant provide fingerprint exemplars to the Government's fingerprint

11  expert.

12                                        **V.**

13                        **LEAVE TO FILE FURTHER MOTIONS**

14    Should new information or legal issues arise, the United States respectfully requests the

15  opportunity to file such further motions as may be appropriate.

16                                        **VI.**

17                                **CONCLUSION**

18    For the foregoing reasons, the Government respectfully requests that its motions for

19  reciprocal discovery, fingerprint exemplars and leave to file further motions be granted.

20    DATED: March 24, 2008.

21                                        Respectfully submitted,

22                                        KAREN P. HEWITT
                                          United States Attorney
23

24                                        s/ Aaron B. Clark
                                          AARON B. CLARK
25                                        Assistant United States Attorney

26

27

28

1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF CALIFORNIA

3    UNITED STATES OF AMERICA,                    Case No. 08CR0445-W

4                           Plaintiff

5                    v.                            CERTIFICATE OF SERVICE

6    JORGE RAMIREZ-CHAVEZ,

7                           Defendant(s).

8

9    IT IS HEREBY CERTIFIED THAT:

10          I, AARON B. CLARK, am a citizen of the United States and am at least eighteen years of

11   age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

12          I am not a party to the above-entitled action.  I have caused service of UNITED STATES'
     MOTIONS on the following parties by electronically filing the foregoing with the Clerk of the
13   District Court using its ECF System, which electronically notifies them.

14          1.  Christian De Olivas, Esq.

15          I declare under penalty of perjury that the foregoing is true and correct.

16          Executed on March 24, 2008.

17                                                 s/ Aaron B. Clark
18                                                 AARON B. CLARK

19

20

21

22

23

24

25

26

27

28