FILED
08 MAY 14 PM 3:12
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA

BY: €cL       DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0445-W |
|---|---|---|
| Plaintiff, | ) | **I N D I C T M E N T** |
|  | ) | **(Superseding)** |
| v. | ) |  |
|  | ) | Title 8, U.S.C., Secs. 1326(a) |
| JORGE RAMIREZ-CHAVEZ, | ) | and (b) - Attempted Entry After |
|  | ) | Deportation; Title 18, U.S.C., |
| Defendant. | ) | Sec. 1544 - Misuse of Passport; |
|  | ) | Title 18, U.S.C., Sec. 2 - Aiding |
|  | ) | and Abetting; Title 18, U.S.C., |
|  | ) | Sec. 1028A - Aggravated Identity |
|  | ) | Theft |

The grand jury charges:

Count 1

On or about December 10, 2007, within the Southern District of California, defendant JORGE RAMIREZ-CHAVEZ, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Sections 1326(a) and (b).

ABC:em:San Diego
5/14/08

It is further alleged that defendant JORGE RAMIREZ-CHAVEZ, was removed from the United States subsequent to August 1, 2005.

## Count 2

On or about December 10, 2007, within the Southern District of California, defendant JORGE RAMIREZ-CHAVEZ, did willfully and knowingly use a United States passport, issued and designed for use of another in the following manner, to wit: defendant presented a United States passport to a federal officer, claiming to be Joe Rodriguez, a United States citizen, knowing full well that he was not; in violation of Title 18, United States Code, Section 1544 and Title 18, United States Code, Section 2, a felony.

## Count 3

On or about December 10, 2007, within the Southern District of California, defendant JORGE RAMIREZ-CHAVEZ, did knowingly and intentionally transfer, possess and use, without lawful authority, a means of identification of another person, to wit: a United States passport in the name of Joe Rodriguez, during and in relation to committing the felony violation of Use of a Passport, Title 18, United States Code, Section 1544; all in violation of Title 18, United States Code, Section 1028A, a felony.

DATED: May 14, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
STEWART M. YOUNG
Assistant U.S. Attorney

2