1  KAREN P. HEWITT
   United States Attorney
2  AARON B. CLARK
   Assistant U.S. Attorney
3  California State Bar No.
   STEWART M. YOUNG
4  Assistant U.S. Attorney
   California State Bar No. 234889
5  Federal Office Building
   880 Front Street, Room 6293
6  San Diego, California  92101-8893
   Telephone: (619) 557- 6787/6228
7
   Attorneys for Plaintiff
8  United States of America

9
                    UNITED STATES DISTRICT COURT
10
                  SOUTHERN DISTRICT OF CALIFORNIA
11
   UNITED STATES OF AMERICA,        )  Criminal Case No.  08-CR-445 W
12                                   )
                    Plaintiff,       )  DATE:        June 3, 2008
13                                   )  TIME:        9:00 a.m.
                    v.               )
14                                   )  **UNITED STATES' PROPOSED JURY**
   JORGE RAMIREZ-CHAVEZ,             )  **INSTRUCTIONS**
15                                   )
                    Defendant.       )
16                                   )
                                     )
17  _____)

18

19
          COMES NOW, the plaintiff, the UNITED STATES OF AMERICA, by and through its counsel,
20
   KAREN P. HEWITT, United States Attorney, and Aaron B. Clark and Stewart M. Young, Assistant
21
   United States Attorneys, and hereby files its proposed jury instructions with authority.
22
   DATED: June 2, 2008.                    Respectfully Submitted,
23
                                           KAREN P. HEWITT
24                                         United States Attorney

25                                         s/ Aaron B. Clark
                                           Aaron B. Clark
26
                                           s/ Stewart M. Young
27                                         Stewart M. Young
                                           Assistant U.S. Attorneys
28

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO.   1

Ladies and gentlemen: You now are the jury in this case, and I want to take a few minutes to tell you something about your duties as jurors and to give you some instructions. At the end of the trial I will give you more detailed instructions. Those instructions will control your deliberations.

It will be your duty to decide from the evidence what the facts are. You, and you alone, are the judges of the facts. You will hear the evidence, decide what the facts are, and then apply those facts to the law which I will give you. That is how you will reach your verdict. In doing so you must follow that law whether you agree with it or not. The evidence will consist of the testimony of witnesses, documents, and other things received into evidence as exhibits and any facts on which the lawyers agree or which I may instruct you to accept.

You should not take anything I may say or do during the trial as indicating what I think of the evidence or what your verdict should be.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 1.1 [2003 Edition - West Publishing Co.]

[Duty of Jury]

08-CR-445 W

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO.  2

This is a criminal case brought by the United States government. The government charges the defendant with attempted reentry after deportation.  The charge against the defendant is contained in the indictment. The indictment is simply the description of the charge made by the government against the defendant; it is not evidence of anything.

The defendant has pleaded not guilty to the charge and is presumed innocent unless and until proved guilty beyond a reasonable doubt. A defendant has the right to remain silent and never has to prove innocence or present any evidence.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 1.2 [2003 Edition - West Publishing Co.]

[The Charge - Presumption of Innocence]

08-CR-445 W

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO.  3

The evidence you are to consider in deciding what the facts are consists of:

        (1) the sworn testimony of any witness;

        (2) the exhibits which are to be received into evidence; and

        (3) any facts to which all the lawyers stipulate.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 1.3 [2003 Edition - West Publishing Co.]

[What Is Evidence]

08-CR-445 W

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO. __4__


_____The following things are not evidence, and you must not consider them as evidence in deciding

the facts of this case:

        1.    statements and arguments of the attorneys;

        2.    questions and objections of the attorneys;

        3.    testimony that I instruct you to disregard; and

        4.    anything you may see or hear when the court is not in session even if what you

see or hear is done or said by one of the parties or by one of the witnesses.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for

the Ninth Circuit, § 1.4 [2003 Edition - West Publishing Co.]


[What Is Not Evidence]

08-CR-445 W

1    COURT'S INSTRUCTION NO. _____

2    GOVERNMENT'S PROPOSED INSTRUCTION NO. __5__

3

4    Some evidence is admitted for a limited purpose only. When I instruct you that an item of

5    evidence has been admitted for a limited purpose, you must consider it only for that limited purpose and

6    for no other.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24    Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for

25    the Ninth Circuit, § 1.5 [2003 Edition - West Publishing Co.]

26

27    [Evidence for Limited Purpose]

28

08-CR-445 W

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO. __6__

Evidence may be direct or circumstantial. Direct evidence is direct proof of a fact, such as testimony by a witness about what that witness personally saw or heard or did. Circumstantial evidence is indirect evidence, that is, it is proof of one or more facts from which one can find another fact. You are to consider both direct and circumstantial evidence. The law permits you to give equal weight to both, but it is for you to decide how much weight to give to any evidence.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 1.6 [2003 Edition - West Publishing Co.]

[Direct and Circumstantial Evidence]

08-CR-445 W

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO. __7__


There are rules of evidence which control what can be received into evidence. When a lawyer asks a question or offers an exhibit into evidence and a lawyer on the other side thinks that it is not permitted by the rules of evidence, that lawyer may object. If I overrule the objection, the question may be answered or the exhibit received. If I sustain the objection, the question cannot be answered, and the exhibit cannot be received. Whenever I sustain an objection to a question, you must ignore the question and must not guess what the answer would have been.

Sometimes I may order that evidence be stricken from the record and that you disregard or ignore the evidence. That means that when you are deciding the case, you must not consider the evidence which I told you to disregard.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 1.7 [2003 Edition - West Publishing Co.]

[Ruling on Objections]

8

08-CR-445 W

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO. __8__

In deciding the facts in this case, you may have to decide which testimony to believe and which testimony not to believe. You may believe everything a witness says, or part of it, or none of it.

In considering the testimony of any witness, you may take into account:

1.   the opportunity and ability of the witness to see or hear or know the things testified to;

2.   the witness' memory;

3.   the witness' manner while testifying;

4.   the witness' interest in the outcome of the case and any bias or prejudice;

5.   whether other evidence contradicted the witness' testimony;

6.   the reasonableness of the witness' testimony in light of all the evidence; and

7.   any other factors that bear on believability.

The weight of the evidence as to a fact does not necessarily depend on the number of witnesses who testify.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 1.8 [2003 Edition - West Publishing Co.]

[Credibility of Witnesses]

08-CR-445 W

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO. __9__

I will now say a few words about your conduct as jurors.

Until the trial is over:

First, you are not to discuss this case with anyone, including your fellow jurors, members of your family, people involved in the trial, or anyone else, nor are you allowed to permit others to discuss the case with you. If anyone approaches you and tries to talk to you about the case, please let me know about it immediately;

Second, do not read any news stories or articles or listen to any radio or television reports about the case or about anyone who has anything to do with it;

Third, do not do any research, such as consulting dictionaries, searching the Internet or using other reference materials, and do not make any investigation about the case on your own;

Fourth, if you need to communicate with me simply give a signed note to the bailiff to give to me; and

Fifth, do not make up your mind about what the verdict should be until after you have gone to the jury room to decide the case and you and your fellow jurors have discussed the evidence. Keep an open mind until then.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 1.9 [2003 Edition - West Publishing Co.]

[Conduct of Jury]

08-CR-445 W

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO.   10

At the end of the trial you will have to make your decision based on what you recall of the evidence. You will not have a written transcript of the trial.  I urge you to pay close attention to the testimony as it is given.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 1.10 [2003 Edition - West Publishing Co.]

[No Transcript Available to Jury]

08-CR-445 W

1                    COURT'S INSTRUCTION NO. _____

2           GOVERNMENT'S PROPOSED INSTRUCTION NO. __11__

3

4        If you wish, you may take notes to help you remember what witnesses said.  If you do take notes,

5  please keep them to yourself until you and your fellow jurors go to the jury room to decide the case. Do

6  not let note taking distract you so that you do not hear other answers by witnesses. When you leave, your

7  notes should be left in the court room.

8        Whether or not you take notes, you should rely on your own memory of what was said. Notes

9  are only to assist your memory. You should not be overly influenced by the notes.

24  Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for

25  the Ninth Circuit, § 1.11 [2003 Edition - West Publishing Co.]

27  [Taking Notes]

08-CR-445 W

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO. ___12___

The next phase of the trial will now begin. First, each side may make an opening statement. An opening statement is not evidence. It is simply an outline to help you understand what that party expects the evidence will show. A party is not required to make an opening statement.

The government will then present evidence and counsel for the defendant may cross-examine. Then, the defendant may present evidence and counsel for the government may cross-examine.

After the evidence has been presented, the attorneys will make closing arguments and I will instruct you on the law that applies to the case.

After that, you will go to the jury room to deliberate on your verdict.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 1.12 [2003 Edition - West Publishing Co.]

[Outline of Trial]

08-CR-445 W

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO. __13__


Languages other than English may be used during this trial.

The evidence you are to consider is only that provided through the official court interpreters. Although some of you may know the non-English language used, it is important that all jurors consider the same evidence. Therefore, you must base your decision on the evidence presented in the English interpretation. You must disregard any different meaning of the non-English words.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 1.13 [2003 Edition - West Publishing Co.]

[Jury to Be Guided by Official English Translation/Interpretation]

14

08-CR-445 W

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO.   14

We are about to take our first break during the trial, and I want to remind you of the instruction I gave you earlier.  Until the trial is over, you are not to discuss this case with anyone, including you fellow jurors, members of your family, people involved in the trial, or anyone else, nor are you allowed to permit others to discuss the case with you.  If anyone approaches you and tries to talk to you about the case, please let me know about it immediately.  Do not read or listen to any news reports of the trial.  Finally, you are reminded to keep an open mind until all the evidence has been received and you have heard the arguments of counsel, the instructions of the court, and the views of your fellow jurors.

If you need to speak with me about anything, simply give a signed note to the bailiff to give to me.

I will not repeat these admonitions each time we recess or adjourn, but you will be reminded of them on such occasions.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 2.1 [2003 Edition - West Publishing Co.]

[Cautionary Instruction - First Recess]

08-CR-445 W

1

2                              COURT'S INSTRUCTION NO. _____

3                    GOVERNMENT'S PROPOSED INSTRUCTION NO.   15

4

5          From time to time during the trial, it may become necessary for me to talk with the attorneys out

6   of the hearing of the jury, either by having a conference at the bench when the jury is present in the

7   courtroom, or by calling a recess.  Most often these conferences will involve determination as to whether

8   evidence is admissible under the rules of evidence.  It is appropriate to take these matters up outside the

9   presence of the jury.  Should I conclude that a more prolonged discussion is necessary I may excuse you

10  from the courtroom.

11         We will, of course, do what we can to keep the number and length of these conferences to a

12  minimum. I may not always grant an attorney's request for a conference. Do not consider my granting

13  or denying a request for a conference as any indication of my opinion of the case or of what your verdict

14  should be.

15

16

17

18

19

20

21

22

23

24

25  Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for

26  the Ninth Circuit, § 2.2 [2003 Edition - West Publishing Co.]

27

28  [Bench Conferences and Recesses]

16                                                                    08-CR-445 W

1

2                           COURT'S INSTRUCTION NO. _____

3              GOVERNMENT'S PROPOSED INSTRUCTION NO.   16

4

5         Members of the jury, now that you have heard all the evidence, it is my duty to instruct you on

6    the law which applies to this case.  A copy of these instructions will be available in the jury room for

7    you to consult.

8         It is your duty to find the facts from all the evidence in the case. To those facts you will apply

9    the law as I give it to you. You must follow the law as I give it to you whether you agree with it or not.

10   And you must not be influenced by any personal likes or dislikes, opinions, prejudices, or sympathy.

11   That means that you must decide the case solely on the evidence before you. You will recall that you

12   took an oath promising to do so at the beginning of the case.

13        In following my instructions, you must follow all of them and not single out some and ignore

14   others; they are all equally important. You must not read into these instructions or into anything the court

15   may have said or done any suggestion as to what verdict you should return—that is a matter entirely up

16   to you.

17

18

19

20

21

22

23

24

25   Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for

26   the Ninth Circuit, § 3.1 [2003 Edition - West Publishing Co.]

27

28   [Duties of Jury to Find Facts and Follow Law]

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO.  17

The indictment is not evidence. The defendant has pleaded not guilty to the charge.   The defendant is presumed to be innocent and does not have to testify or present any evidence to prove innocence. The government has the burden of proving every element of the charge beyond a reasonable doubt.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 3.2 [2003 Edition - West Publishing Co.]

[Charge Against Defendant Not Evidence-Presumption of Innocence-Burden of Proof]

08-CR-445 W

1

2                    COURT'S INSTRUCTION NO. _____

3          GOVERNMENT'S PROPOSED INSTRUCTION NO.  __18__

4

5          A defendant in a criminal case has a constitutional right not to testify.   No presumption of guilt

6  may be raised, and no inference of any kind may be drawn, from the fact that the defendant did not

7  testify.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for

26  the Ninth Circuit, § 3.3 [2003 Edition - West Publishing Co.]

27

28  [Defendant's Decision Not to Testify]

08-CR-445 W

1

2                          COURT'S INSTRUCTION NO. _____

3               GOVERNMENT'S PROPOSED INSTRUCTION NO.   19

4

5          The defendant has testified.  You should treat this testimony just as you would the

6   testimony of any other witness.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for

26   the Ninth Circuit, § 3.4 [2003 Edition - West Publishing Co.]

27

28   [Defendant's Decision to Testify]

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO.  __20__

Proof beyond a reasonable doubt is proof that leaves you firmly convinced that the defendant is guilty.  It is not required that the government prove guilt beyond all possible doubt.

A reasonable doubt is a doubt based upon reason and common sense and is not based purely on speculation.  It may arise from a careful and impartial consideration of all the evidence, or from lack of evidence.

If after a careful and impartial consideration of all the evidence, you are not convinced beyond a reasonable doubt that the defendant is guilty, it is your duty to find the defendant not guilty.  On the other hand, if after a careful and impartial consideration of all the evidence, you are convinced beyond a reasonable doubt that the defendant is guilty, it is your duty to find the defendant guilty.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 3.5 [2003 Edition - West Publishing Co.]

[Reasonable Doubt-Defined]

1

2                          COURT'S INSTRUCTION NO. _____

3                  GOVERNMENT'S PROPOSED INSTRUCTION NO.   21

4

5        The evidence from which you are to decide what the facts are consists of:

6              (1) the sworn testimony of any witness;

7              (2) the exhibits which have been received into evidence; and

8              (3) any facts to which all the lawyers have stipulated.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for

26    the Ninth Circuit, § 3.6 [2003 Edition - West Publishing Co.]

27

28    [What is Evidence]

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO. __22__

In reaching your verdict you may consider only the testimony and exhibits received into evidence. Certain things are not evidence and you may not consider them in deciding what the facts are. I will list them for you:

        1.      Arguments and statements by lawyers are not evidence.  The lawyers are not witnesses. What they have said in their opening statements, [will say in their] closing arguments and at other times is intended to help you interpret the evidence, but it is not evidence. If the facts as you remember them differ from the way the lawyers state them, your memory of them controls.

        2.      Questions and objections by lawyers are not evidence. Attorneys have a duty to their clients to object when they believe a question is improper under the rules of evidence. You should not be influenced by the question, the objection, or the court's ruling on it.

        3.      Testimony that has been excluded or stricken, or that you have been instructed to disregard, is not evidence and must not be considered. In addition some testimony and exhibits have been received only for a limited purpose; where I have given a limiting instruction, you must follow it.

        4.      Anything you may have seen or heard when the court was not in session is not evidence. You are to decide the case solely on the evidence received at the trial.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 3.7 [2003 Edition - West Publishing Co.]

[What is Not Evidence]

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO. __23__

Evidence may be direct or circumstantial. Direct evidence is direct proof of a fact, such as testimony by a witness about what that witness personally saw or heard or did. Circumstantial evidence is proof of one or more facts from which you could find another fact. You should consider both kinds of evidence. The law makes no distinction between the weight to be given to either direct or circumstantial evidence. It is for you to decide how much weight to give to any evidence.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 3.8 [2006 Edition - West Publishing Co.]

[Direct and Circumstantial Evidence]

08-CR-445 W

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO.  24

In deciding the facts in this case, you may have to decide which testimony to believe and which testimony not to believe. You may believe everything a witness says, or part of it, or none of it.

In considering the testimony of any witness, you may take into account:

1. the opportunity and ability of the witness to see or hear or know the things testified to;

2. the witness' memory;

3. the witness' manner while testifying;

4. the witness' interest in the outcome of the case and any bias or prejudice;

5. whether other evidence contradicted the witness' testimony;

6. the reasonableness of the witness' testimony in light of all the evidence; and

7. any other factors that bear on believability.

The weight of the evidence as to a fact does not necessarily depend on the number of witnesses who testify.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 3.9 [2003 Edition - West Publishing Co.]

[Credibility of Witnesses]

08-CR-445 W

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO. __25__

You are here only to determine whether the defendant is guilty or not guilty of the charge in the indictment. Your determination must be made only from the evidence in the case. The defendant is not on trial for any conduct or offense not charged in the indictment. You should consider evidence about the acts, statements, and intentions of others, or evidence about other acts of the defendant, only as they relate to this charge against this defendant.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 3.9 [2003 Edition - West Publishing Co.]

[Evidence of Other Acts of Defendant and Statements of Others]

08-CR-445 W

1     COURT'S INSTRUCTION NO. _____

2     GOVERNMENT'S PROPOSED INSTRUCTION NO.   26

3

4          The evidence you are to consider is only that provided through the official court interpreters.

5     Although some of you may know the non-English language used, it is important that all jurors consider

6     the same evidence. Therefore, you must base your decision on the evidence presented in the English

7     interpretation. You must disregard any different meaning of the non-English words.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24     Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for

25     the Ninth Circuit, § 3.20 [2003 Edition - West Publishing Co.]

26

27     [Jury to be Guided by Official English Translation/Interpretation]

28

08-CR-445 W

1            COURT'S INSTRUCTION NO. _____

2        GOVERNMENT'S PROPOSED INSTRUCTION NO.   27

3

4        You have heard testimony that the defendant made a statement.  It is for you to decide (1)

5    whether the defendant made the statement, and (2) if so, how much weight to give to it.  In making those

6    decisions, you should consider all of the evidence about the statement, including the circumstances under

7    which the defendant may have made it.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24    Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for

25    the Ninth Circuit, § 4.1 [2003 Edition - West Publishing Co.]

26

27    [Statements by Defendant]

28

08-CR-445 W

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO. __28__


You have heard evidence that defendant has previously been convicted of a crime. You may consider that evidence as it may affect the defendant's believability as a witness. You may not consider a prior conviction as evidence of guilt of the crime for which the defendant is now on trial.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 4.6 [2003 Edition - West Publishing Co.]

[Impeachment, Prior Conviction of Defendant]

1    COURT'S INSTRUCTION NO. _____

2    GOVERNMENT'S PROPOSED INSTRUCTION NO.   29

3

4    You have heard testimony from persons who, because of education or experience, are permitted

5    to state opinions and the reasons for their opinions.

6    Opinion testimony should be judged just like any other testimony. You may accept it or reject

7    it, and give it as much weight as you think it deserves, considering the witness' education and

8    experience, the reasons given for the opinion, and all the other evidence in the case.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24    Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for

25    the Ninth Circuit, § 4.17 [2003 Edition - West Publishing Co.]

26

27    [Opinion Evidence, Expert Witness]

28

08-CR-445 W

1   COURT'S INSTRUCTION NO. _____

2   GOVERNMENT'S PROPOSED INSTRUCTION NO. __30__

3

4   The defendant is charged in Count One of the indictment with attempted entry of deported alien

5   in violation of Section 1326(a) of Title 8 of the United States Code.  In order for the defendant to be

6   found guilty of that charge, the government must prove each of the following elements beyond a

7   reasonable doubt:

8   First, the defendant was  deported from the United States;

9   Second, the defendant had the conscious desire to reenter the United States without consent;

10  Third, the defendant committed an overt act that was a substantial step towards reentering the

11  United States without consent;

12  Fourth, the defendant had not obtained the consent of the Attorney General or the Secretary of

13  the Department of Homeland Security to reapply for admission into the United States; and

14  Fifth,  the defendant was an alien at the time of the defendant's attempted re-entry into the United

15  States.

16  An alien is a person who is not a natural-born or naturalized citizen [or a national] of the United

17  States.

18

19

20

21

22

23

24  Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for

25  the Ninth Circuit, § 9.5A [2007 Edition - West Publishing Co.]

26

27  [Alien - Reentry of Deported Alien - Attempt]

28

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO. __31__


The defendant is charged in Count Two of the indictment with misuse of a passport in violation of Section 1544 of Title 18 of the United States Code.  In order for the defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

First, the defendant willfully and knowingly used, or attempted to use, a United States passport to gain entry into the United States;

Second, the United States passport was issued or designed for the use of another person.

Use of a passport would include using it in connection with entering or leaving the United States.

08-CR-445 W

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO. __32__

The defendant is charged in Count Three of the indictment with knowingly possessing and using, without lawful authority, a means of identification of another person during and in relation to violating Section 1544 of Title 18 of the United States Code.  In order for the defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

First, the defendant knowingly possessed or used, without lawful authority, a means of identification of another person; and

Second, the defendant had possessed or used the means of identification of another person during and in relation to violating Section 1544 of Title 18 of the United States Code.

The term "means of identification" means any name or number that may be used, alone or in conjunction with any other information, to identify a specific individual, including any name, social security number, date of birth, official State or government issued driver's license or identification number, alien registration number, or government passport number.

A person has possession of something if the person knows of its presence and has physical control of it, or knows of its presence and has the power and intention to control it.  More than one person can be in possession of something if each knows of its presence and has the power and intention to control it.

Use of a means of identification of another is to present, display, certify or otherwise employ the identification in any manner so that it would be accepted as identification.

The term "lawful authority" means the authority to use or possess identification documents by statute or regulation, or by contract with a government entity which has such authority.

You may use the Court's definitions of these elements of the offense of Section 1544 of Title 18 of United States Code in considering whether the defendant's actions facilitated or played a role in that offense, keeping in mind that this count charges possession and use of means of identification during and in relation to violation of Section 1544 of Title 18 of United States Code, and not the commission of Section 1544 of Title 18 of United States Code.

08-CR-445 W

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO. __33__


When you begin your deliberations, you should elect one member of the jury as your foreperson. That person will preside over the deliberations and speak for you here in court.

You will then discuss the case with your fellow jurors to reach agreement if you can do so. Your verdict, whether guilty or not guilty, must be unanimous.

Each of you must decide the case for yourself, but you should do so only after you have considered all the evidence, discussed it fully with the other jurors, and listened to the views of your fellow jurors.

Do not be afraid to change your opinion if the discussion persuades you that you should. But do not come to a decision simply because other jurors think it is right.

It is important that you attempt to reach a unanimous verdict but, of course, only if each of you can do so after having made your own conscientious decision. Do not change an honest belief about the weight and effect of the evidence simply to reach a verdict.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 7.1 [2003 Edition - West Publishing Co.]

[Duty to Deliberate]

08-CR-445 W

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO. __34__

Your verdict must be based solely on the evidence and on the law as I have given it to you in these instructions. However, nothing that I have said or done is intended to suggest what your verdict should be—that is entirely for you to decide.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 7.2 [2003 Edition - West Publishing Co.]

[Consideration of Evidence]

1    COURT'S INSTRUCTION NO. _____

2    GOVERNMENT'S PROPOSED INSTRUCTION NO.   35

3

4    Some of you have taken notes during the trial.  Whether or not you took notes, you should

5    rely on your own memory of what was said.  Notes are only to assist your memory. You should not

6    be overly influenced by the notes.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24    Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions

25    for the Ninth Circuit, § 7.3 [2003 Edition - West Publishing Co.]

26

27    [Notes]

28

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO.   36

The punishment provided by law for this crime is for the court to decide. You may not consider punishment in deciding whether the government has proved its case against the defendant beyond a reasonable doubt.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 7.4 [2003 Edition - West Publishing Co.]

[Jury Consideration of Punishment]

08-CR-445 W

COURT'S INSTRUCTION NO. _____

GOVERNMENT'S PROPOSED INSTRUCTION NO.   37

A verdict form has been prepared for you.  After you have reached unanimous agreement on a verdict, your foreperson will fill in the form that has been given to you, sign and date it and advise the bailiff that you are ready to return to the courtroom.

Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, § 7.5 [2003 Edition - West Publishing Co.]

[Return of Verdict (Renamed Verdict Form)]

08-CR-445 W

1

COURT'S INSTRUCTION NO. _____

2

GOVERNMENT'S PROPOSED INSTRUCTION NO. __38__

3

4     If it becomes necessary during your deliberations to communicate with me, you may send a

5  note through the bailiff, signed by your foreperson or by one or more members of the jury.  No

6  member of the jury should ever attempt to communicate with me except by a signed writing, and I

7  will respond to the jury concerning the case only in writing, or here in open court. If you send out a

8  question, I will consult with the lawyers before answering it, which may take some time. You may

9  continue your deliberations while waiting for the answer to any question. Remember that you are not

10 to tell anyone—including me—how the jury stands, numerically or otherwise, on the question of the

11 guilt of the defendant, until after you have reached a unanimous verdict or have been discharged.

12

13

14

15

16

17

18

19

20

21

22

23

24 Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions

25 for the Ninth Circuit, § 7.6 [2003 Edition - West Publishing Co.]

26

27 [Communication with Court]

28

1
2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

3

| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-445 W |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| JORGE RAMIREZ-CHAVEZ, | ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |

9    IT IS HEREBY CERTIFIED THAT:

10          I, STEWART M. YOUNG, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

11

12          I have caused service of **GOVERNMENT'S Proposed Jury Instructions** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

13

14          **Christian De Olivas, Esq.**

15          I declare under penalty of perjury that the foregoing is true and correct.

16          Executed on June 2, 2008

17          /s/ *Stewart M. Young*
            STEWART M. YOUNG
18          Assistant U.S. Attorney

19
20
21
22
23
24
25
26
27
28