MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

UNITED STATES OF AMERICA    VS    JORGE RAMIREZ-CHAVEZ

X Plaintiff ___ Defendant ___ Court    Type of Hearing: JURY TRIAL

Case Number: 2008CR0445-JLS

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| 1-A | 6/3/08 | 6/3/08 | PICTURES OF SAN YSIDRO PORT OF ENTRY |
| 1-B | 6/3/08 | 6/3/08 | PICTURES OF SAN YSIDRO PORT OF ENTRY |
| 1-C | 6/3/08 | 6/3/08 | PICTURES OF SAN YSIDRO PORT OF ENTRY |
| 1-D | 6/3/08 | 6/3/08 | PICTURES OF SAN YSIDRO PORT OF ENTRY |
| 1-E | 6/3/08 | 6/3/08 | PICTURES OF SAN YSIDRO PORT OF ENTRY |
| 17 | 6/3/08 |  | LICENSE PLATE NUMBER |
| 2 | 6/3/08 | 6/3/08 | PHOTO OF VEHICLE |
| 3 | 6/3/08 | 6/3/08 | APPLICATION FOR PASSPORT |
| 4 | 6/3/08 | 6/3/08 | JOE RODRIGUEZ PASSPORT |
| 5 | 6/3/08 | 6/3/08 | ORDER OF I. J. |
| 6 | 6/3/08 | 6/3/08 | WARRANT OF REMOVAL/ DEPORTATION |
| 7 | 6/3/08 | 6/3/08 | NOTICE & ORDER OF EXPEDITED REMOVAL |
| 8 | 6/3/08 | 6/3/08 | NOTICE TO ALIEN ORDERED REMOVED/DEPARTURE |
| 9 | 6/3/08 | 6/3/08 | RECORD OF SWORN STATEMENT |
| 10 | 6/3/08 | 6/3/08 | WARRANT OF DEPORTATION |
| 14 | 6/3/08 |  | DEPORTATION HEARING -TAPE |
| 11 | 6/3/08 | 6/3/08 | CERTIFICATE OF NON-EXISTENCE OF RECORD |
| 12 | 6/3/08 | 6/3/08 | FINGERPRINT CARD |
| 13 | 6/3/08 | 6/3/08 | FINGERPRINT CARD OF JORGE RAMIREZ-CHAVEZ |