UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>PLAINTIFF, )<br>)<br>VS )<br>)<br>JORGE RAMIREZ-CHAVEZ, )<br>)<br>DEFENDANT. )<br>_____ ) | V E R D I C T<br><br>CASE NO. 08CR0445-JLS |

[FILED stamp: JUN - 4 2008, CLERK U.S.D., SOUTHERN DISTRICT OF CALIFORNIA, BY ___ DEPUTY]

We the jury in the above-entitled cause find the defendant, JORGE RAMIREZ-CHAVEZ:

### COUNT ONE

__GUILTY__        of the offense of attempted entry after deportation
(NOT GUILTY OR GUILTY)   as charged in Count One of the Superseding Indictment.

If you find the defendant not guilty of the offense charged in Count One of the Superseding Indictment, disregard the following question and proceed to Count Two below.

If you find the defendant guilty as charged in Count One of the Superseding indictment, complete the following (CHECK ONLY ONE):

__X__   We unanimously find that the government has proven beyond a reasonable doubt that the defendant was removed from the United States subsequent to August 1, 2005; or

_____   We do not find or do not unanimously agree that the government has proven beyond a reasonable doubt that the defendant was removed from the United States subsequent to August 1, 2005.

### COUNT TWO

__GUILTY__        of the offense of misuse of passport as charged in
(NOT GUILTY OR GUILTY)   Count Two of the Superseding Indictment.

If you find the defendant not guilty of the offense charged in Count Two of the Superseding Indictment, do not consider Count Three and proceed to sign and date this form below.

If you find the defendant guilty as charged in Count Two of the Superseding indictment, proceed to Count Three below.

### COUNT THREE

__GUILTY__        of the offense of aggravated identity theft as charged
(NOT GUILTY OR GUILTY)   in Count Three of the Superseding Indictment.

Date: __June 4, 2008__                    _____
                                                  Foreperson of the Jury