UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JORGE RAMIREZ-CHAVEZ,<br><br>  Defendant. | Criminal No. 08-CR-0445-JLS<br><br>**ORDER SETTING STATUS<br>HEARING RE: COUNSEL** |

   The Court has received information that Defendant Ramirez-Chavez may desire to retain new counsel, or have new counsel appointed to represent him in this matter. Accordingly,

   **IT IS HEREBY ORDERED** that a status hearing regarding counsel shall be held on **Friday**, **August 29, 2008** at **9:00 a.m.**

   **IT IS SO ORDERED**.

DATED: August 26, 2008

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge

08cr0445